COURT OF APPEALS

                                       SECOND DISTRICT OF TEXAS

                                                   FORT WORTH 

 

                                        NO.
2-09-421-CV

 

RONALD J. HOLLEMAN                                                        APPELLANT

 

                                                   V.

 

DAUGHERTY HOMES, INC. DBA FREEDOM HOMES, INC.             APPELLEE

                                                                                                        

                                               ----------

             FROM THE 78TH DISTRICT COURT OF
WICHITA COUNTY

                                               ----------

                 MEMORANDUM
OPINION[1] AND
JUDGMENT

                                               ----------

We have
considered appellant=s request to withdraw the notice
of appeal. It is the court=s
opinion that the request should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

 

PER
CURIAM

 

PANEL:  GARDNER, WALKER, and
MCCOY, JJ.

 

DELIVERED:  January 7, 2010











[1]See Tex. R. App. P. 47.4.